<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6425**

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

GILBERT HARRIS, JR., a/k/a Butchie Huell, a/k/a Butchie,

　　　　　Defendant – Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, District Judge. (4:04-cr-00762-TLW-1)

Submitted: June 18, 2009　　　　　Decided: July 2, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gilbert Harris, Jr., Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gilbert Harris, Jr., appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion and reducing his sentence for a drug offense to 120 months.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Harris</u>, No. 4:04-cr-00762-TLW-1 (D.S.C. filed Feb. 23, 2009; entered Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Harris was originally sentenced to 140 months for the drug offense and sixty months, consecutive, for a related firearm offense. His sentence for the drug offense was reduced to 120 months. He remains subject to the consecutive sixty-month sentence.